BAKER & MCKENZIE LLP
Paul C. Evans
452 Fifth Avenue
New York, NY 10018
Direct: +1 212.626.4336
Fax: +1 212.310.1600

*Attorneys for Defendant Google LLC*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.J.,<br><br>       Plaintiff,<br><br>vs.<br><br>FACEBOOK INC.; INSTAGRAM; MARK ZUCKERBERG; GOOGLE; GOLDEN NUGGET CASINO; SCIENTIFIC GAMES (a.k.a. SG DIGITAL); EZUGI GAMING; MGM CASINO a.k.a. BET MGM; CASINO PARTY; BORGATA CASINO; BORGATA HOTEL CASINO & SPA; BET AMERICA CASINO; DRAFT KINGS CASINO; STATE OF NEW JERSEY; "JOHN DOES 1-10" and "ABC COMPANIES 1-10" (both being fictitious designations),<br><br>       Defendants. | Case No. 2:20-cv-17136-JMV-JBC<br><br>Honorable John Michael Vazquez<br><br>**Oral Argument Requested**<br><br>**Motion Date: May 3, 2021** |

## DEFENDANT GOOGLE LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

TO: Rami Jaloudi
78 W. Hudson Avenue, Apt. C1
Englewood, New Jersey 07631
*Pro Se Plaintiff*

Mark S. Pincus
PINCUS LAW LLC
90 Broad Street, 23rd Floor
New York, New York 10004
*Attorneys for Defendants Facebook Inc., Instagram, and Mark Zuckerberg*

Russell Marc Yankwitt
YANKWITT LLP
140 Grand Street, Suite 705
White Plains, New York 10601
*Attorneys for Defendant Golden Nugget Casino*

Karen A. Confoy
Melanie E. Getz
FOX ROTHSCHILD LLP, PC
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
*Attorneys for Defendants Scientific Games aka SG Digital, Borgata Casino, Borgata Hotel Casino & Spa*

**PLEASE TAKE NOTICE** that on May 3, 2021, or as soon thereafter as the matter may be heard, Defendant Google LLC ("Google"), by and through its attorneys, Baker & McKenzie LLP, will move before the Honorable John Michael Vazquez of the United States District Court, District of New Jersey, in Courtroom PO 03 of the Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Room 4015, Newark, New Jersey 07101, for an order dismissing all claims

asserted against Google in Plaintiff's Complaint without leave to amend, pursuant to Federal Rule of Civil Procedure 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Google relies on the concurrently filed Memorandum of Points and Authorities, the Request for Judicial Notice, the Declaration of Paul C. Evans, upon all pleadings and proceedings on file in this action, and, if permitted by the Court, oral argument of the parties.

**PLEASE TAKE FURTHER NOTICE** that Google has submitted a Proposed Order.

Dated: January 29, 2021　　　　　**BAKER & MCKENZIE LLP**

By: /s/ Paul C. Evans
　　Paul C. Evans
　　Baker & McKenzie LLP
　　452 Fifth Avenue
　　New York, NY 10018
　　United States
　　Direct: +1 212.626.4336
　　Fax: +1 212.310.1600
　　paul.evans@bakermckenzie.com

　　*Attorneys for Defendant Google LLC*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 29, 2021, the foregoing document was electronically filed and served with the Clerk of the Court using the CM/ECF system which sends notification of the aforementioned filing to all counsel of record who are registered CM/ECF users.

The undersigned, an attorney, also certifies that on January 29, 2021, I instructed a member of my office to mail the forgoing document via regular mail, postage prepaid and via Federal Express, to all parties who are not CM/ECF users, addressed as follows:

Rami Jaloudi
78 W Hudson Ave, Apt. C1
Englewood, NJ 07631

/s/ Paul C. Evans
Paul C. Evans